## COLLINS v. CHENAULT et al.

(Decided April 29, 1930.)

S. D. Parrish and E. S. Wiggins for movant.

Ross & Ross opposed.

PER CURIAM. Judgment for $200 in an action for real estate broker's commissions.

Appeal denied; judgment affirmed.

## NORTHCUTT v. MILLER et al.

(Decided May 2, 1930.)

R. S. Crawford for movant.

Maury Kemper and Farmer & Farmer opposed.

PER CURIAM. Motion for appeal from judgment dismissing petition seeking to recover $338, with interest.

Appeal denied; judgment affirmed.

## CUDE LUMBER COMPANY v. ESTEPP et al.

(Decided May 2, 1930.)

M. K. Eblen and Grannis Bach for movant.

P. T. Wheeler and Joe Johnson, Jr., opposed.

PER CURIAM. Judgment for $321.77 in an action to recover on a check.

Appeal denied; judgment affirmed.